

1  L. Eric Loewe
2  California State Bar No. 203490
3  Internet Patents Corporation
4  10850 Gold Center Dr. Suite 250B
5  Rancho Cordova, CA 95670
6  (916) 853-1529
7  (916) 631-0846 (Fax)
8  EricLoewe@internetpatentscorporation.net

9  Michael P. Adams*
10 Texas State Bar No. 00872050
11 Winstead PC
12 401 Congress Avenue
13 Austin, TX 78701
14 (512) 370-2858
15 (512) 370-2850 (Fax)
16 madams@winstead.com

17 *Pro hac vice application forthcoming

18 Attorneys for Plaintiff Internet Patents Corporation

FILED

JUN 2 9 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

19
20
21            IN THE UNITED STATES DISTRICT COURT
22          FOR THE NORTHERN DISTRICT OF CALIFORNIA
23                  SAN FRANCISCO DIVISION
24

| | | |
|---|---|---|
| 25 **INTERNET PATENTS** | § | |
| 26 **CORPORATION, f/k/a INSWEB** | § | **CV 12 3385** |
| 27 **CORPORATION** | § | |
| 28 | § | Case No. _____ |
| 29 **Plaintiff,** | § | |
| 30 | § | **ORIGINAL COMPLAINT FOR** |
| 31 **V.** | § | **PATENT INFRINGEMENT** |
| 32 | § | |
| 33 **EBAGS, INC. AND TELLAPART, INC.,** | § | **JURY DEMANDED** |
| 34 | § | |
| 35 **Defendants.** | § | |
| 36 | § | |
| 37 | | |
| 38 | | |
| 39 | | |
| 40 | | |

1          Plaintiff Internet Patents Corporation, f/k/a Insweb Corporation ("Plaintiff" or "IPC"),

2 files this Complaint for Patent Infringement and damages against Defendants eBags, Inc.

3 ("eBags") and TellApart, Inc. ("TellApart") (collectively "Defendants"), and would respectfully

4 show the Court as follows:

5                                 **PARTIES**

6       1.       Plaintiff Internet Patents Corporation, f/k/a Insweb Corporation, is a Delaware

7 corporation having its principal place of business at 10850 Gold Center Dr., Suite 250B, Rancho

8 Cordova, California 95670.

9       2.       On information and belief, Defendant TellApart, Inc. is a Delaware corporation

10 having its principal place of business within this judicial district at 257 Myrtle Road,

11 Burlingame, California 94010. Upon information and belief, TellApart has appointed its agent

12 for service as follows: Josh McFarland, 1409 Chapin Ave., 3rd Floor, Burlingame, California

13 94010.

14       3.       On information and belief, Defendant eBags, Inc. is a Delaware corporation

15 having its principal place of business at 5500 Greenwood Plaza Blvd., Suite 160, Greenwood

16 Village, Colorado 80111-2101. Upon information and belief, eBags has appointed its agent for

17 service as follows: Steven L. Slotter, 5500 Greenwood Plaza Blvd., Suite 160, Greenwood

18 Village, Colorado 80111.

19

20                        **JURISDICTION AND VENUE**

21       4.       This action arises under the patent laws of the United States, Title 35 of the

22 United States Code. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331

23 and 1338(a).

2

1     5.     Venue is proper in this district under 28 U.S.C. §§ 1391(c) and 1400(b). On

2 information and belief, each Defendant has a regular and established place of business in this

3 district, has transacted business in this district, and/or has committed, contributed to, and/or

4 induced acts of patent infringement in this district.

5

6                           **BACKGROUND**

7     6.     In 1999, Plaintiff IPC began operating an online insurance marketplace that

8 enabled consumers to shop online for a variety of insurance products, including automobile, term

9 life, homeowners, renters and individual health insurance, and obtain insurance company-

10 sponsored quotes for actual coverage. In order to create this marketplace, IPC established close

11 relationships with a number of insurance companies throughout the United States.

12     7.     More specifically, IPC's e-commerce website enabled online consumers to

13 compare free, multiple quotes sponsored by many of the nation's highly rated insurers. In

14 developing its website, IPC invented several new, unique and innovative technologies. For

15 example, IPC developed particular event logging technology that monitors and collects data

16 concerning the occurrence of predefined website usage activity and events by consumers.

17     8.     On May 24, 2005, the United States Patent and Trademark Office ("PTO") duly

18 and legally issued United States Patent No. 6,898,597 ("the '597 patent"), entitled "Event Log."

19 A true and correct copy of the '597 patent is attached as Exhibit A. The '597 patent was

20 invented by Gail A. Cook and Atul B. Mahajan and assigned to IPC. As such, IPC holds all

21 right, title and interest in and to the '597 patent.

22     9.     Upon information and belief, Defendant eBags operates an e-commerce website

23 at www.ebags.com and promotes itself as the word's largest online retailer of bags, such as

24 handbags and computer cases, and accessories. Upon information and belief, Defendant

3

1 TellApart markets and sells to e-commerce websites its technology for collecting data about their

2 customers so that such websites can capture and store a complete picture of user activity.

3 TellApart identifies eBags as one of hundreds of e-commerce sites that use TellApart's

4 technology. eBags claims TellApart is a business partner.

5      10.    IPC has not licensed its patents to Defendants or otherwise authorized

6 Defendants to make, have made, use, offer for sale or sell its event logging technology.

7

8 **COUNT I**

9

10 **EBAGS' INFRINGEMENT OF U.S. PATENT NO. 6,898,597**

11      11.    IPC incorporates paragraphs 1-9 above as if fully repeated and restated herein.

12      12.    Upon information and belief, Defendant eBags has been and now is directly

13 infringing (and indirectly infringing by way of inducing infringement and/or contributing to the

14 infringement) the '597 patent in this judicial district, and elsewhere in the United States by,

15 among other things, using as part of its e-commerce website, event logging technology for

16 capturing and storing data concerning user activity, covered by one or more claims of the

17 '597 patent. Defendant is thus liable for infringement of the '597 patent pursuant to 35 U.S.C.

18 § 271.

19      13.    As a result of Defendant's infringement of the '597 patent, IPC has suffered

20 monetary damages in an amount not yet determined, and will continue to suffer damages in the

21 future unless Defendant's infringing activities are enjoined by this Court.

22      14.    Unless a permanent injunction is issued enjoining this Defendant and its agents,

23 servants, employees, attorneys, representatives, affiliates, and all others acting on their behalf

24 from infringing the '597 patent, IPC will be greatly and irreparably harmed.

25

4

1

2

3

## COUNT II

## TELLAPART'S INFRINGEMENT OF U.S. PATENT NO. 6,898,597

4    15.    IPC incorporates paragraphs 1-14 above as if fully repeated and restated herein.

5    16.    Upon information and belief, Defendant TellApart has been and now is directly

6 infringing (and indirectly infringing by way of inducing infringement and/or contributing to the

7 infringement) the '597 patent in this judicial district, and elsewhere in the United States by,

8 among other things, marketing and selling to e-commerce websites, event logging technology for

9 capturing and storing data concerning user activity, covered by one or more claims of the

10 '597 patent. Defendant is thus liable for infringement of the '597 patent pursuant to 35 U.S.C.

11 § 271.

12    17.    As a result of Defendant's infringement of the '597 patent, IPC has suffered

13 monetary damages in an amount not yet determined, and will continue to suffer damages in the

14 future unless Defendant's infringing activities are enjoined by this Court.

15    18.    Unless a permanent injunction is issued enjoining this Defendant and its agents,

16 servants, employees, attorneys, representatives, affiliates, and all others acting on its behalf from

17 infringing the '597 patent, IPC will be greatly and irreparably harmed.

18

19

## PRAYER FOR RELIEF

20    WHEREFORE, IPC respectfully requests that this Court enter:

21    1.    A judgment in favor of IPC that each of the Defendants has infringed, directly

22 and/or indirectly, by way of inducing and/or contributing to the infringement of the '597 patent,

23 and that such infringement was willful;

24    2.    A permanent injunction enjoining Defendants and their officers, directors, agents,

25 servants, affiliates, employees, divisions, branches, subsidiaries, parents, and all others acting in

5

1   concert or privity with any of them from infringing, inducing the infringement of, or contributing

2   to the infringement of the '597 patent;

3       3.    A judgment and order requiring Defendants to pay IPC its damages, costs,

4   expenses, and prejudgment and post-judgment interest for Defendants' infringement of the

5   '597 patent as provided under 35 U.S.C. § 284;

6       4.    An award to IPC for enhanced damages resulting from the knowing, deliberate,

7   and willful nature of Defendants' prohibited conduct with notice being made at least as early as

8   the date of the filing of this Complaint, as provided under 35 U.S.C. § 284;

9       5.    A judgment and order finding that this is an exceptional case within the meaning

10  of 35 U.S.C. § 285 and awarding to IPC its reasonable attorneys' fees; and

11      6.    Any and all other relief to which IPC may show itself to be entitled.

12

13  **DEMAND FOR JURY TRIAL**

14      Plaintiff, under Rule 38 of the Federal Rules of Civil Procedure, requests a trial by jury of

15  any issues so triable by right.

16

1 | Dated: June 28, 2012

2 | Respectfully submitted,

3 |

4 | By:

5 | L. Eric Loewe
6 | California State Bar No. 203490
7 | Internet Patents Corporation
8 | 10850 Gold Center Dr. Suite 250B
9 | Rancho Cordova, CA 95670
10 | (916) 853-1529
11 | (916) 631-0846 (Fax)
12 | EricLoewe@internetpatentscorporation.net

13 | Michael P. Adams*
14 | Texas State Bar No. 00872050
15 | Winstead PC
16 | 401 Congress Avenue
17 | Austin, TX 78701
18 | (512) 370-2858
19 | (512) 370-2850 (Fax)
20 | madams@winstead.com

21 |
22 | *Pro hac vice application forthcoming
23 |
24 | **ATTORNEYS FOR PLAINTIFF**
25 | **INTERNET PATENTS CORPORATION**

7

EX. A



US006898597B1

(12) **United States Patent**
Cook et al.

(10) Patent No.: **US 6,898,597 B1**
(45) Date of Patent: **May 24, 2005**

(54) **EVENT LOG**

(75) Inventors: **Gail A. Cook**, San Carlos, CA (US);
**Atul B. Mahajan**, Santa Clara, CA
(US)

(73) Assignee: **Insweb Corporation**, Redwood City,
CA (US)

( * ) Notice: Subject to any disclaimer, the term of this
patent is extended or adjusted under 35
U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/437,890**

(22) Filed: **Nov. 9, 1999**

(51) Int. Cl.$^7$ .............................................. **G06F 17/30**
(52) U.S. Cl. ............................................. **707/10; 707/3**
(58) Field of Search .................. 707/1–10, 100–154.1,
707/200–205; 705/9, 14, 34, 19, 77, 40,
79; 709/250, 224, 203

(56) **References Cited**

U.S. PATENT DOCUMENTS

5,884,312 A * 3/1999 Dustan et al. ................ 707/10
6,108,662 A * 8/2000 Hoskins et al. ............. 707/102

FOREIGN PATENT DOCUMENTS

WO WO 98/11702 3/1998
WO WO 98/38614 * 9/1998

* cited by examiner

*Primary Examiner*—Mohammad Ali
(74) *Attorney, Agent, or Firm*—Campbell Stephenson
Ascolese LLP; Marc R. Ascolese

(57) **ABSTRACT**

An event logging system that monitors for the occurrence of
predefined web site usage events having some business
significance, records the occurrence of those events, and also
records the events' associated context information can
advantageously address shortcomings of the prior art. The
system includes a software event identification routine,
executing within web server software or other web-related
application software, that monitors for the occurrence of an
event and gathers a desired set of related context informa-
tion. A database interface, usable by one or more distinct
web servers or applications, is used to insert the information
into an event database. The event database can later be
processed to add, modify, or delete event data, as well as
prepare the data for integration into other databases or the
preparation of reports.

**30 Claims, 5 Drawing Sheets**



FIG. 1



FIG. 2

Case4:12-cv-03385-SBA   Document1   Filed06/29/12   Page12 of 20



FIG. 3

FIG. 3A

390

392    396    394



| | Event ID | Timestamp | Program | Site Session | Shopping Session | Quoting Session | Consumer ID | Delivery Data Snapshot | Account | Carrier | Quote Amount | Evaluation Reason | Sponsor | Label | Package | Location | Banner |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Initiate_Site_Session | X | X | X | X | X | | | | | | | | X | X | X | X | X |
| Initiate_Shopping_Session | X | X | X | X | X | | | | | | | | X | X | X | X | X |
| Create_New_Profile | X | X | X | X | X | | X | | | | | | X | X | X | X | X |
| Select_State | X | X | X | X | X | | X | | | | | | X | X | X | X | X |
| Complete_Filter | X | X | X | X | X | X | X | | | X | | X | X | X | X | X | X |
| Complete_Rating | X | X | X | X | X | X | X | | X | X | X | | X | X | X | X | X |
| View_Quote_Details | X | X | X | X | X | X | X | | X | X | | | X | X | X | X | X |
| Initiate_Lead | X | X | X | X | X | X | X | X | X | X | | | X | X | X | X | X |
| Complete_Lead | X | X | X | X | X | X | X | X | X | X | | | X | X | X | X | X |
| Init_3rd_Party_Engine | X | X | X | X | X | X | X | | | | | | X | X | X | X | X |
| Complete_3rd_Party_Engine | X | X | X | X | X | X | X | | | | | | X | X | X | X | X |
| Initiate_Feedback | X | X | X | X | X | X | X | | | | | | | | | | |
| Complete_Feedback | X | X | X | X | X | X | X | | | | | | | | | | |
| Create_Account | X | X | X | X | X | | X | | X | | | | X | X | X | X | X |
| Login_Account | X | X | X | X | X | | X | | X | | | | X | X | X | X | X |
| Page | X | X | X | X | | | | | | | | | X | X | X | X | X |



FIG. 4

US 6,898,597 B1

1
## EVENT LOG

### BACKGROUND OF THE INVENTION

1. Field of the Invention

This invention relates to the client/server computing environment, and particularly recording information about user activity in a client/server computing environment.

2. Description of the Related Art

As more enterprises begin to, or expand their use of, the Internet and the World Wide Web (the "web") for business purposes, they need better information about the usage of their web sites (e.g., web server applications running on server computer systems) as well as better information about those accessing their web sites in order to improve their ability to do business.

Conventional systems for monitoring and analyzing web site activities tend to focus only on the final result of some activity and not the overall context in which the activity occurs. For example, some monitoring systems gather information about web site activity based on the outcome of a user's session, e.g., the information about a purchase made by a user of a web site enabled to process orders, but do not monitor interim steps, e.g., those products that a user began to purchase, but then canceled, or; products that were merely browsed.

Other monitoring systems focus on web traffic by maintaining web server logs or log files that record transactions or activities that take place on the web server. Web servers can passively gather access information about each user by observing and logging the data packets (e.g., transmission control protocol/internet protocol (TCP/IP) packets) exchanged between the web server and the user. An example of such information is an access (a "hit") to a particular hypertext markup language (HTML) file on a web site. Some information about the user and their activity can be determined directly or inferentially from log files, but log file based analysis is generally limited to activities associated with the mechanics of web site use and hypertext transfer protocol (HTTP) transfer, not the business context within which the activity takes place.

Compounding the shortcoming of existing web site monitoring systems, particularly log file implementations, is the fact that enormous quantities of data are gathered, but not necessarily useful business information. Thus, massive log files must be processed to extract useful information, a very time consuming and computer system resource intensive process.

Accordingly, it is desirable to have a web site monitoring system that can capture useful business activities or events, and the business context in which those activities or events occur. This should be accomplished while minimizing any performance impact on web server processes or web server side data collection processes, particularly the user experience (e.g., the speed with which an HTML document is made available to a user after the user has requested the document, or the ability to handle multiple users). Also, the monitoring system should be easily integrateable into web server processes or web server side data collection processes, while minimizing the amount of data that must be collected, stored, and ultimately analyzed.

### SUMMARY OF THE INVENTION

It has been discovered that an event logging system that monitors for the occurrence of predefined web site usage

2

events having some business significance, records the occurrence of those events, and also records the events' associated context information can advantageously address the aforementioned shortcomings of the prior art. The system includes a software event identification routine, executing within web server software or other web-related application software, that monitors for the occurrence of an event and gathers a desired set of related context information. A database interface, usable by one or more distinct web servers or applications, is used to insert the information into an event database. The event database can later be processed to add, modify, or delete event data, as well as prepare the data for integration into other databases or the preparation of reports.

Accordingly, one aspect of the present invention provides an event logging system for capturing event information associated with activity occurring in an application running on a server computer system configured to provide information to at least one client computer system. The event logging system includes an event identification routine and a database interface. The event identification routine is operable to identify the occurrence of an event during the execution of the application and to transmit context information associated with the event. The database interface is operable to transmit and receive the context information.

In another aspect of the invention, a method of logging event information associated with activity occurring in an application running on a server computer system configured to provide information to at least one client computer system is taught. An occurrence of a predefined event during the execution of the application is identified. Context information associated with the event is transmitted to a database.

### BRIEF DESCRIPTION OF THE DRAWINGS

The present invention may be better understood, and its numerous objects, features, and advantages made apparent to those skilled in the art by referencing the accompanying drawings.

FIG. 1 illustrates a client/server computing environment utilizing an event logging system.

FIG. 2 is a functional diagram of the program flow for a typical insurance product application executing on, for example, a server, such as that illustrated in FIG. 1.

FIG. 3 illustrates typical sessions and events associated with the program flow illustrated in FIG. 2.

FIG. 3A is a matrix listing examples of events and associated context information.

FIG. 4 illustrates many of the components of an event logging system.

### DETAILED DESCRIPTION

Client/server computer systems operating in a distributed computing environment (e.g., web client/server computer systems) are routinely used to generate business or business leads for a variety of enterprises. One specific example of this type of business activity is providing insurance information to, and generating leads from users of a web based insurance site. (The focus throughout this application will be on insurance business applications, but those having ordinary skill in the art will readily recognize the applicability of many of the described techniques to a variety of different fields of business and web based client/server activities in general.) The information that is provided by the user varies depending on both the subject of the insurance policy to be underwritten and the type of coverage desired. For instance,

Case4:12-cv-03385-SBA   Document1   Filed06/29/12   Page16 of 20

US 6,898,597 B1

3

in the case of automobile insurance, the information provided by the user includes information about the vehicle or vehicles to be covered under the policy, information about the driver or drivers to be covered under the policy, and information about the type of coverage requested by the user.

FIG. 1 illustrates a client/server computing environment for providing insurance product information to users via, for example, an interactive web site, and utilizing an event logging system. Server 100 is typically a web server including the necessary hardware and software to serve HTML documents, associated files, and scripts to one or more client computers systems 180 when requested by a user of, or an autonomous program executing on a client computer system. Client computer systems 180 typically utilize HTML browsers to display the HTML documents, and to generally interact with server 100. As illustrated, server 100 and clients 180 are coupled to each other through a communications network 170, such as the Internet. Server 100 and clients 180 can alternately be coupled to each other through point-to-point connections, or dedicated connections. Server 100 is typically an Intel Pentium-based or RISC based computer system equipped with one or more processors, memory, input/output interfaces, a network interface, secondary storage devices, and a user interface.

Server 100 includes five different insurance product applications executing on the server hardware: automobile insurance product application 110, life insurance product application 120, home insurance product application 130, health insurance product application 140, and renter's insurance product application 150. Each application provides users, through common web serving software, with functionality and content for different insurance products. As illustrated, insurance product applications 110, 120, 130, 140, and 150 execute on server 100, but one or more of these applications can execute on a separate insurance server coupled to server 100. Each insurance product application utilizes a respective product database 115, 125, 135, 145, or 155 to store data associated with that particular insurance product, although one or more insurance product applications can share a database. Moreover, each of insurance product applications 110, 120, 130, 140, and 150 includes some or all of the event logging system functionality, so that event identification and context information collection can be tailored to the business or management needs for a particular product. Insurance product applications 110, 120, 130, 140, and 150 share a common event log database 160 for recording events, although individual event log databases can be utilized for one or more of the insurance product applications. Additionally, any of databases 115, 125, 135, 145, 155, and 160 can reside on server 100, or on one or more separate computer systems coupled to server 100. The databases used, and the database management systems (DBMSs) used to allow access to and control of the databases can be based on a variety of database schemes, but are typically relational in nature, for example structured query language (SQL) databases and DBMSs.

FIG. 2 is a functional diagram of the program flow for a typical insurance product application 110, 120, 130, 140, or 150 executing on, for example, server 100. The program flow illustrated in FIG. 2 is common to most insurance products, and includes a sequence of steps or phases in which a user interacts with the product application. Since insurance quotes are typically based on statistical data which is correlated to the information provided by a potential insured, computers can greatly reduce the time and expense associated with generating insurance quotes. In particular,

4

computer quoting systems allow insurance agents to provide accurate quotes to potential clients in a matter of minutes by inputting the client's information into the system and automatically generating quotes based on the information provided by the client.

A user begins the process by entering the product application through the first page of the product, 1-2-3 page 205 via a hyperlink 201 located on the home page of a web server operating on server 100, or via a hyperlink 202 from another web site, such as a web site belonging to a business partner, portal, or search engine. The first page of the product 205 typically explains the process to follow. The user begins the data entry process either by accessing an existing account on the system (215) or by creating a new account and entering appropriate information about the user.

Because insurance requirements, laws, coverage, and costs vary significantly from state to state, the first step in obtaining quote information is to select a state of residence 230. Next, the user provides information about their risk profile 235. For example, if the user has entered the automobile insurance product application, 235 might be require automobile information, driving record information, and other personal information. In 240, the user provides information about the type and amount of coverage desired, e.g., deductible amount, maximum liability, etc.

Activities in 230, 235, and 240 are generally referred to as quote form activities 290 because they are analogous to traditional paper forms used to gather information needed to process an insurance quote request.

Once the quote form activities 290 are complete, a quoting session 295 is initiated. The process starts with filtering 245, in which the system evaluates a set of rules against the risk profile for each available product offered by an insurance carrier available in the program. Products that pass the filtering process are sent through a rating process to determine the appropriate quote for the user. Quotes are presented to the user via QuotePad 250. QuotePad 250 contains information about both on-line and off-line quotes available to the user. On-line quotes can be presented directly to the user by the insurance product application, and the QuotePad can include links to the providers associated with the on-line quotes. In some instances, a user can request detailed information about the quotes in 255. Still other information might include how to contact an agent or the provider via e-mail, telephone, or traditional mail. Off-line quotes are sent to the user by alternate means such as e-mail or regular mail at a later time, and are selected at 260. When the user selects one or more products for carrier submission, the product selection generates either a request for coverage (RFC or instant lead) or a request for quote (RFQ or delayed lead). With an RFC, the user has been presented with an instant quote for a product. For an RFQ, a carrier is responsible for generating a quote and returning it to the user. Once a user has selected a product for lead submission, information must be collected such as contact information 270 that enables a carrier to respond to the user, or agent selection 275. In 280 the lead is submitted to the carrier, and in 285 an appropriate message is displayed, thanking the user. The process also allows for specialized marketing such as value proposition 265. A value proposition page can include the presentation made by a carrier to users regarding products offered by the carrier. The activities described in FIG. 2 can collectively be described as a shopping session 200.

The act of a user reaching certain places in an insurance product application while navigating the web site (as illus-

US 6,898,597 B1

5

trated in FIG. 2) and which has an immediate and/or distant
business importance can be termed an event. Events
typically, although not always, are the result of consumer
interaction with the application/web server system. Some
samples of events include submission of a lead, creation of
an account, and the result of a filtering session. The event
logging system captures these events in support of an overall
reporting process. Each event occurs within a certain con-
text. For example, a user uses a particular insurance product
application, leads are associated with a given carrier, and
most events are a result of certain information or actions of
a user. The context information should be captured, in
addition to the mere occurrence of an event, in order to make
the information about the event more meaningful and useful
to business.

The information captured by the event logging system can
be used in a variety of ways. It can provide raw counts of
certain information and/or activities, such as the number of
leads, the number of accounts created, session statistics,
users who passed/failed filtering for a given carrier, results
of rating, quotes viewed, value proposition viewed, and
leads submitted. Event log information can be used to
establish sets of data for more detailed reporting. For
example, if a report based on activity in automobile insur-
ance product application 110 is desired to include average
ages of all drivers broken down by state for leads submitted
in a given time period, the event log can provide the data to
establish the reporting set. While the event log typically will
not include age, it will typically include index information
such as a user identification (ID) and session ID. A reporting
process can use this index information to access age and
state information in the appropriate product database, e.g.,
database 115. Additionally, the information in the event log
can be used to reconcile data from different sources both
inside and outside the overall system.

The table below lists a variety of common fields (and their
description) used to 10 provide the context information
associated with each event.

| Event Field | Description |
|---|---|
| Site Session ID | A unique ID for each user session on the web site |
| Shopping Session ID | A unique ID for each user session within a product |
| Event ID | The ID for an event |
| Event Type | An ID for the type of event |
| Timestamp | Time-stamp when the event occurred |
| Program ID | ID of the product application used |
| Consumer ID | ID of the user/consumer using the product |
| Location ID | ID of web site from which the user came |
| Package ID | ID of package having sponsor, label, and program information |
| Banner ID | ID of a banner from another web site linking to the product application |
| Carrier ID | ID of the insurance carrier offering quotes |
| Carrier Display Order | The order in which carrier information is displayed on the Quote Pad |
| Product ID | ID of a product offered by a carrier |
| Tier ID | ID of a sub-product or plan within a product offered by a carrier |
| State | The state where the user wants coverage |
| Filter Decline Reason | The reason ID for which a user was not filtered |
| Quote Amount | The premium amount quoted to a user |
| Vehicle No. | Number of vehicles (insurable units) calculated by the event log back end |
| Appl Server | Name of the application server on which the insurance product application ran |

6

-continued

| Event Field | Description |
|---|---|
| Quoting SID | ID generated by the event log back end to label events within a quoting session |

Note that this table is-by no means exhaustive. A variety
of other pieces of context information can be captured
depending upon the business needs associated with the
application. Any particular event may cause the capture of
data for one or more of these fields, but not necessarily all
of the fields. Additionally, and as further described below in
association with FIG. 4, data capture can occur at the front
end, i.e., at the level of the insurance product application, or
at the back end, i.e., at the level of an event log database
post-processor.

FIG. 3 illustrates typical sessions and events associated
with the program flow illustrated in FIG. 2. Site session 300
begins when a user comes to the web site, triggering the
Initiate_Site_Session event 305. Note that FIG. 3A is a
matrix 390 listing examples of events 392 and associated
context information 394. Use of a particular context infor-
mation field by a particular event is indicated in the matrix
by an X 396. Shopping session 200 begins when the first
web page associated with an insurance product application
is accessed, thus triggering the Initiate Shopping Session
event 310. A user who performs a login using an existing
account will trigger Login_Account 320, while a user who
creates a new profile/account activates Create_New_
Profile event 315. When the user is performing quote form
activity 290, events can be recorded such as Select_State
325. After the filtering process evaluates the set of rules
against the risk profile for each available product offered by
a given carrier, Complete-Filter event 330 is recorded.
Complete_Rating 335 occurs when a rating engine has
completed for a given carrier. When a user initiates the
feedback process associated with one or more quotes pro-
vided via the QuotePad, Initiate-Feedback event 340 occurs,
and when feedback information has been submitted,
Complete_Feedback 345 is recorded. If a user chooses to
view a quote detail, that information is recorded as View_
Quote_Detail event 350. Lead generation events include
Initiate Lead 355 (when the user has selected a carrier for
follow-up), and Complete_Lead 360 (when the user has
submitted a lead of a carrier). Init_3rd_Party_Engine 365
is triggered when a third party engine is invoked to per-
formed a process external to the insurance product applica-
tion. Similarly, Complete_3rd-Party_Engine 370 is
recorded when the external process is completed. Page event
375 is recorded when a particular web page is displayed to
a user. Create_Account 380 indicates that the user has
successfully created a new account.

Additional events can, of course, be added as desired. If
an event has multiple outcomes an event type is also
recorded to cite the specific outcome for a given user. As
illustrated in FIG. 3A, not all events utilize all available
context information fields. Additionally, event definitions,
including when/where they occur and what context infor-
mation is needed can vary from application to application.

FIG. 4 illustrates an implementation of the event logging
system. Front end 400 includes an insurance product appli-
cation such as automobile insurance product application
110. Application 110 includes event identification routine
410 to signal the occurrence of an event, and to gather the
appropriate context information for that event. Routine 410

US 6,898,597 B1

7          8

creates an event table, and populates the table with context information as required by the particular event.

The event information (e.g., an event table) is passed to database interface 410 for placement into event log database 160. Where the event log database is implemented as a SQL database, database interface 410 can be a SQL stored procedure which is a precompiled collection of SQL statements stored under a name and processed as a unit. Stored procedures are typically used for managing SQL databases and displaying information about databases and their users. Alternately, interface 410 can be another type of program, or a part of application 110 itself. Where interface 410 is separate from application 110, enhanced modularity is achieved because the same interface can be used by a variety of product applications.

As mentioned above, it is desirable that the front end processes have a minimal impact on the performance of the web server and/or the product application. Consequently, some data processing, including event table populating is deferred to back end processes such as daily process 460. In addition to daily process 460, the back end 450 includes both a daily backup 451 of event log database 160 to event log database backup 470. Daily process 460 typically occurs on a batch basis, and uses information form event log database 160 to produce reporting database 480. Archival process 490 is part of the normal maintenance of system data, and typically includes storage to storage media 495.

Daily process 460 performs a variety of functions, as indicated by for example, data purge 452. The daily process can correct for systematic data or reporting errors; it can replicate or ripple event context information from one event to another, thereby requiring less information to be recorded at the time-sensitive front end; and it can add new information such as event context and their context. For example, if two events occur during the same session, some of the event context information can be identical. By replicating such information on the back end, the duplicate context information need only be recorded once.

Another example of daily process 460's ability to massage data occurs with respect to a session timestamp. For batch processing and reporting purposes, it is often useful to group events based on a logic entity, such as a shopping session. Initiate_ Shopping_ Session event 310 has an associated timestamp, but because a shopping session might begin hours before sub-events occur (e.g., a quoting session), events associated with the logical entity can span batch processing windows. To force events that occurred during one batch processing window to appear to have occurred during another, and thus preserve all of the data for a particular logical entity, daily process 460 can force various events to have the same session timestamp, and group events by that information rather than some other information, such as actual timestamp. Daily process 460 can, for example, be implemented as a separate program or a SQL stored procedure.

The description of the invention set forth herein is illustrative and is not intended to limit the scope of the invention as set forth in the following claims. Variations and modifications of the embodiments disclosed herein may be made based on the description set forth herein, without departing from the scope and spirit of the invention as set forth in the following claims.

What is claimed is:

1. An event logging system for capturing event information associated with activity occurring in an application running on a server computer system configured to provide information to at least one client computer system, the event logging system comprising:

an event identification routine operable to identify the occurrence of an event during the execution of the application and to transmit context information associated with the event; a database operable to receive and store the context information, wherein the database is a relational database utilizing a structured query language (SQL) and

a database interface operable to transmit and receive the context information.

2. The event logging system of claim 1 wherein the application generates the information provided to the at least one client computer system.

3. The event logging system of claim 2 wherein the information provided to the at least one client computer system is product information for at least one of home insurance, life insurance, health insurance, automobile insurance, and renter's insurance.

4. The event logging system of claim 2 further comprising a web server application operable to receive, from the application, the information provided to the at least one client computer system, wherein the web server is operable to transmit the information provided to the at least one client computer system.

5. The event logging system of claim 1 wherein the application is a web server application.

6. The event logging system of claim 1 wherein the application includes at least one of the event identification routine and the database interface.

7. The event logging system of claim 1 wherein the server computer system includes a processor, and wherein at least one of the event identification routine and the database interface is encoded in a computer readable medium as instructions executable on the processor, the computer readable medium being one of a magnetic storage medium, an optical storage medium, and a communications medium conveying signals encoding the instructions.

8. The event logging system of claim 1 wherein the database interface is a SQL stored procedure operable to be invoked by the application.

9. The event logging system of claim 1 wherein the database interface is operable to add additional context information to the context information received from the event identification routine.

10. The event logging system of claim 1 wherein the client computer system is one of a plurality of interconnected client computer systems operating in a distributed computing environment and coupled to the server computer system.

11. The event logging system of claim 10 wherein the plurality of interconnected client computer systems and the server computer system are coupled via a network.

12. The event logging system of claim 11 wherein network is the Internet.

13. The event logging system of claim 1 wherein the event information associated with activity occurring in an application running on a server computer system has a business importance.

14. The event logging system of claim 1 wherein the event identification routine is further operable to produce an event table having a plurality of context fields and a plurality of associated context field values.

15. The event logging system of claim 1 wherein context information includes at least one of a program session identification, an event identification, an event type, a timestamp, a program identification, and a consumer identification.

US 6,898,597 B1

9

16. The event logging system of claim 1 further comprising

a database operable to receive and store the context information; and

a database post-processor operable to modify the database.

17. The event logging system of claim 16 wherein the database is a relational database utilizing a structured query language (SQL), and wherein the database post-processor is a SQL stored procedure.

18. The event logging system of claim 16 wherein the database post-processor is operable to add additional context information associated with the event to the database.

19. The event logging system of claim 16 wherein the database post-processor is operable to modify context information associated with the event in the database and to store modified context information in one of the database and another database.

20. The event logging system of claim 16 wherein the database includes context information for a plurality of events, and wherein the database post-processor is operable to modify existing context information of a first one of the plurality of events based on context information of a second one of the plurality of events.

21. The event logging system of claim 16 wherein the database includes context information for a plurality of events, and wherein the database post-processor is operable to add additional context information for a first one of the plurality of events based on context information of a second one of the plurality of events.

22. The event logging system of claim 1 further comprising a database operable to receive and store the context information.

23. A method of logging event information associated with activity occurring in an application running on a server computer system configured to provide information to at least one client computer system, the method comprising:

10

identifying an occurrence of a predefined event during the execution of the application; a database operable to receive and store the context information, wherein the database is a relational database utilizing a structured query language (SQL)

transmitting context information associated with the event to a database.

24. The method of claim 23 wherein the identifying further comprises populating a table of fields with associated field values depending upon the context information.

25. The method of claim 24 wherein the transmitting further comprises transmitting the table of fields with associated field values to the database.

26. The method of claim 23 wherein the transmitting further comprises transmitting the context information to a database interface operable to transmit and receive the context information.

27. The method of claim 23 further comprising storing the transmitted context information in the database.

28. The method of claim 23 encoded in a computer readable medium as instructions executable on a processor, the computer readable medium being one of a magnetic storage medium, an optical storage medium, and a communications medium conveying signals encoding the instructions.

29. The method of claim 23 wherein the information provided to the at least one client computer system is product information for at least one of home insurance, life insurance, health insurance, automobile insurance, and renter's insurance.

30. The method of claim 23 wherein the context information includes at least one of a program session identification, an event identification, an event type, a timestamp, a program identification, and a consumer identification.

* * * * *

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.    : 6,898,597 B1                                      Page 1 of 1
DATED         : May 24, 2005
INVENTOR(S)   : Cook et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is
hereby corrected as shown below:

Title page,
Item [54], Title, should read -- **EVENT LOG INFORMATION IN CLIENT-
SERVER COMPUTER SYSTEM** --.

Signed and Sealed this

Twenty-fifth Day of April, 2006

JON W. DUDAS
*Director of the United States Patent and Trademark Office*