IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| INTERNET PATENTS CORPORATION, f/k/a INSWEB CORPORATION § § § § Plaintiff, § § § § § § v. § § EBAGS, INC. AND TELLAPART, INC., § § Defendants. § § | Case No. 3:12-CV-03385-NC <br><br> ORDER GRANTING MOTION FOR CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE <br><br> JURY DEMANDED |

On this day, the Court considered Plaintiff's Motion for Continuance of Initial Case Management Conference. The Court, having considered the Motion finds that Defendants' Motion for Partial Summary Judgment is GRANTED. It is therefore

ORDERED, ADJUDGED AND DECREED Plaintiff's Motion for Continuance is granted and the Court's Order setting Initial Case Management Conference and ADR Deadlines is hereby revised as follows:

| Deadline | June 29, 2012 Scheduling Order | Revised Extension |
|---|---|---|
| Last day to:<br>(1) meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan;<br>(2) file ADR Certification signed by Parties and Counsel; and | September 12, 2012 | January 9, 2013 |

| | | |
|---|---|---|
| (3) file either stipulation to ADR Process or Notice of Need for ADR Phone Conference | | |
| Last day to file Rule 26(f) Report; complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement | September 26, 2012 | January 23, 2013 |
| Initial Case Management Conference | October 3, 2012 | January 30, 2013 at 10:00 a.m. |

Parties shall file Consent or Declination to Proceed Before U.S. Magistrate Judge by November 14, 2012.

DATED:  October 3, 2012  _____

Nathanael M. Cousins
United States District Judge



IT IS SO ORDERED AS MODIFIED
Judge Nathanael M. Cousins

2