UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| INTERNET PATENTS CORPORATION,<br><br>             Plaintiff,<br>   v.<br>EBAGS INC,<br><br>             Defendants.<br>_____/ | No. C 12-03385 SBA (LB)<br><br>**NOTICE OF REFERRAL AND ORDER RE DISCOVERY PROCEDURES** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The district court has referred all discovery matters to United States Magistrate Judge Laurel Beeler. The parties shall comply with all applicable requirements in Judge Beeler's standing order (attached), including all procedures regarding resolution of discovery disputes.

**IT IS SO ORDERED.**

Dated: February 13, 2013

                                            LAUREL BEELER
                                            United States Magistrate Judge

C 12-03385 SBA (LB)
NOTICE OF REFERRAL AND ORDER