Michael P. Adams (admitted pro hac vice)
Brian L. King (admitted pro hac vice)
WINSTEAD PC
401 Congress Ave., Suite 2100
Austin, TX  78701
(512) 370-2858 / (512) 370-2850 (Fax)
madams@winstead.com
bking@winstead.com

Ian R. Walsworth (admitted vice pending)
Todd P. Blakely (admitted vice pending)
SHERIDAN ROSS PC
1560 Broadway, Suite 1200
Denver, CO 80202-5141
(303) 863-2976
(303) 863-0223 (Fax)
iwalsworth@sheridanross.com
tblakely@sheridanross.com

Joseph A. Greco (Cal. Bar No. 104476)
Justin T. Beck (Cal. Bar No. 53138)
Kimberly P. Zapata (Cal. Bar No. 138291)
Beck Ross Bismonte Finley LLP
150 Almaden Boulevard, 10th Floor
San Jose, California 95113
(408) 938-7900
(408) 938-0790 (Fax)
jgreco@beckross.com
jbeck@beckross.com
kzapata@beckross.com

Matthew S. Kenefick (Cal. Bar No. 227298)
Jeffer Mangels Butler & Mitchell LLP
Two Embarcadero Center, 5th Floor
San Francisco, California 94111
(415) 984-9677 / (888) 430-5780 (Fax)
MKenefick@JMBM.com
***Attorneys for Defendant eBags, Inc.***

L. Eric Loewe (Cal. Bar No. 203490)
Internet Patents Corporation Texas
18050 Gold Center Dr. Suite 250B
Rancho Cordova, CA 95670
(916) 853-1529
(916) 631-0486(Fax)
EricLoewe@internetpatentscorporation.net
***Attorneys for Plaintiff Internet Patents Corp.***

Thomas Fitzpatrick (Cal. Bar No. 193565)
Andy H. Chan (Cal. Bar No. 242660)
GOODWIN PROCTER LLP
135 Commonwealth Drive
Menlo Park, CA 94025
(650) 752-3100
(650) 853-1038 (Fax)
TFitzpatrick@goodwinprocter.com
achan@goodwinprocter.com
***Attorneys for Defendant TellApart, Inc.***

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| INTERNET PATENTS CORPORATION,<br><br>            Plaintiff,<br><br>      v.<br><br>EBAGS, INC. and TELLAPART, INC.<br><br>            Defendants. | Case No. 4:12-CV-03385-SBA<br><br>STIPULATION AND ORDER REGARDING AMENDED PROPOSED CASE MANAGEMENT SCHEDULE |

1

Pursuant to Civil Local Rule 6-1(b), this Stipulation is entered into by and among Plaintiff Internet Patents Corporation, f/k/a Insweb Corporation ("Plaintiff" or "IPC"), and Defendants eBags, Inc. ("eBags") and TellApart, Inc. ("TellApart") (IPC, eBags, and TellApart will be collectively referred to as "the Parties"), by and through their respective counsel:

WHEREAS, IPC filed this suit for patent infringement against Defendants eBags, Inc. and TellApart, Inc. on June 29, 2012;

WHEREAS, the parties originally filed a Joint Case Management Statement with a Proposed Case Management Schedule on January 31, 2013 [Dkt. No. 35];

WHEREAS, the Case Management Conference was held on February 7, 2013 and per the instructions of the court a revised Case Management Statement with a Proposed Case Management Schedule was emailed to the Court on February 14, 2013;

WHEREAS, a difference of opinion arose between the parties regarding the proposed schedule's deadlines;

WHEREAS, the parties met and conferred regarding the schedule on April 22, 2013 and in an effort to avoid motions practice and in the spirit of cooperation, the parties agreed to amend the proposed schedule to clear up any ambiguity regarding the remaining deadlines. As a result, the parties agreed to make changes to only two deadlines: (1) the date for service of Defendants' invalidity contentions (from May 23, 2013 to May 14, 2013) and (2) the date the parties would serve lists of proposed terms to be construed (from June 6, 2013 to June 7, 2013).

WHEREAS, the Court has not yet signed the order for the Joint Case Management Statement and Proposed Case Management Schedule; and

WHEREAS, the amendment to the Proposed Case Management Schedule is not done for delay, but so that justice may be done.

NOW, THEREFORE, the Parties hereby stipulate and agree, subject to approval by the Court, as follows:

1. The Parties shall substitute the Proposed Case Management Schedule with the Amended Proposed Case Management Schedule as Appendix A to the Parties' Joint Case Management report submitted to the Court, a copy of which is attached hereto;

2. The Amended Proposed Case Management Schedule will be as follows (with previous dates shown):

| EVENT | PROPOSED DEADLINE |
| --- | --- |
| Service of IPC's Infringement Contentions and IPC's Patent L.R. 3-2 Document Production | M, 3/8/13 (29 days after CMC) |
| Service of Defendants' Invalidity Contentions and Defendants' Patent L.R. 3-4 Document Productions | T, 5/14 ~~23~~/13 (67 ~~45~~ days after 3-2) |
| Parties Serve Lists of Proposed Terms for Construction Pursuant to Patent L.R. 4-1 | F, 6/7 ~~6~~/13 (24 ~~30~~ days after 3-4) |
| Parties Exchange Preliminary Claim Constructions and Identification of Extrinsic Evidence Pursuant to Patent L.R. 4-2 | Th, 6/27/13 (20 ~~21~~ days after 4-1) |
| Parties File Joint Claim Construction and Prehearing Statement Pursuant to Patent L.R. 4-3 | M, 7/22/13 (69 ~~60~~ days after 3-4) |
| Last Day for Claim Construction Discovery Pursuant to Patent L.R. 4-4 | W, 8/21/13 (30 days after 4-3) |
| Plaintiff Files Opening Brief re Proposed Claim Constructions and Supporting Evidence Pursuant to Patent L.R. 4-5(a) | Th, 9/5/13 (45 days after 4-3) |
| Defendants File Opposition Brief re Proposed Claim Constructions and Supporting Evidence Pursuant to Patent L.R. 4-5(b) | Th, 9/19/13 (14 days after 4-5(a)) |
| Plaintiff Files Reply Brief re Proposed Claim Constructions and Rebuttal Evidence Pursuant to Patent L.R. 4-5(c) | Th, 9/26/13 (7 days after 4-5(b)) |
| Claim Construction Hearing Pursuant to Patent L.R. 4-6 and Case Management Conference Regarding Remaining Scheduling and Trial Setting | Th, 10/24/13 at 10 A.M. |
| Parties File Joint Case Management Statement for Remainder of Case | Th, 10/17/13 |
| Parties Serve Initial Expert Reports and Produce Related Documents and Materials | TBD |
| Parties Serve Rebuttal Expert Reports and Produce Related Documents and Materials | TBD |

| Expert Depositions Commence | TBD |
|---|---|
| Final Date to Complete Fact and Expert Discovery | TBD |
| Final Date for Filing Dispositive Motions and Motions to Limit or Exclude Expert Testimony | TBD |
| Oppositions to Motions for Summary Judgment | TBD |
| Replies in Support of Motions for Summary Judgment | TBD |
| Summary Judgment Hearing (subject to Court's availability) | TBD |
| Final Pretrial Conference (subject to Court's availability) | TBD |
| Trial (subject to Court's availability) | TBD |

**IT IS SO STIPULATED**

Dated: May 3, 2013     WINSTEAD PC

/s/ Brian L. King
Brian L. King

Attorneys for Plaintiff Internet Patents Corporation

Dated: May 3, 2013     SHERIDAN ROSS PC

/s/ Ian Walsworth
Ian Walsworth

Attorneys for Defendant eBags, Inc.

Dated: May 3, 2013     GOODWIN PROCTER LLP

/s/ Thomas Fitzpatrick
Thomas Fitzpatrick

Attorneys for Defendant TellApart, Inc.

**IT IS SO ORDERED.**

DATED: May _7, 2013

_____
HON. SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE

## ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Brian L. King, attest that concurrence in the filing of this STIPULATION AND [PROPOSED] ORDER REGARDING AMENDED PROPOSED CASE MANAGEMENT SCHEDULE has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 3rd day of May, 2013, in AUSTIN, TEXAS.

/s/ Brian L. King
Brian L. King

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the forgoing document will be served via electronic mail to counsel of record in this case.

/s/ Brian L. King
Brian L. King

# APPENDIX A:
# AMENDED PROPOSED CASE MANAGEMENT SCHEDULE

With the exception of a few agreed upon dates, the Parties believe that the case schedule should be set in accordance with the N.D. Cal. Patent Local Rules and that a Claim Construction Hearing should be set at the Court's direction. The deadlines following construction will be based on the dates provided at a later Case Management Conference to be held following the Claim Construction Hearing.

| EVENT | PROPOSED DEADLINE |
| --- | --- |
| Service of IPC's Infringement Contentions and IPC's Patent L.R. 3-2 Document Production | M, 3/8/13 (29 days after CMC) |
| Service of Defendants' Invalidity Contentions and Defendants' Patent L.R. 3-4 Document Productions | T, 5/14/13 (67 days after 3-2) |
| Parties Serve Lists of Proposed Terms for Construction Pursuant to Patent L.R. 4-1 | F, 6/7/13 (24 days after 3-4) |
| Parties Exchange Preliminary Claim Constructions and Identification of Extrinsic Evidence Pursuant to Patent L.R. 4-2 | Th, 6/27/13 (20 days after 4-1) |
| Parties File Joint Claim Construction and Prehearing Statement Pursuant to Patent L.R. 4-3 | M, 7/22/13 (69 days after 3-4) |
| Last Day for Claim Construction Discovery Pursuant to Patent L.R. 4-4 | W, 8/21/13 (30 days after 4-3) |
| Plaintiff Files Opening Brief re Proposed Claim Constructions and Supporting Evidence Pursuant to Patent L.R. 4-5(a) | Th, 9/5/13 (45 days after 4-3) |
| Defendants File Opposition Brief re Proposed Claim Constructions and Supporting Evidence Pursuant to Patent L.R. 4-5(b) | Th, 9/19/13 (14 days after 4-5(a)) |
| Plaintiff Files Reply Brief re Proposed Claim Constructions and Rebuttal Evidence Pursuant to Patent L.R. 4-5(c) | Th, 9/26/13 (7 days after 4-5(b)) |
| Claim Construction Hearing Pursuant to Patent L.R. 4-6 and Case Management Conference Regarding Remaining Scheduling and Trial Setting | Th, 10/24/13 at 10 A.M. |
| Parties File Joint Scheduling Order for Remainder of Case | Th, 10/31/13 |
| Parties Serve Initial Expert Reports and Produce Related Documents and Materials | TBD |
| Parties Serve Rebuttal Expert Reports and Produce Related Documents and Materials | TBD |
| Expert Depositions Commence | TBD |

| | | |
|---|---|---|
| 1 | Final Date to Complete Fact and Expert Discovery | TBD |
| 2 | Final Date for Filing Dispositive Motions and Motions to Limit or Exclude Expert Testimony | TBD |
| 3 | Oppositions to Motions for Summary Judgment | TBD |
| | Replies in Support of Motions for Summary Judgment | TBD |
| 4 | Summary Judgment Hearing (subject to Court's availability) | TBD |
| 5 | Final Pretrial Conference (subject to Court's availability) | TBD |
| 6 | Trial (subject to Court's availability) | TBD |